# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0102. KORON RAYSOR v. THE STATE.**

In August 2015, Koron Raysor entered a counseled guilty plea to several offenses, including false imprisonment, and he was sentenced to twenty years with ten to serve in prison. On May 4, 2016, Raysor filed a pro se motion in arrest of judgment. The trial court denied the motion on May 10, 2016, and Raysor filed a pro se notice of appeal on May 26, 2016. [1] We, however, lack jurisdiction.

Pro se filings by represented parties are legal nullities. *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017). The record indicates that, at the time Raysor filed his pro se notice of appeal, he was still being represented by plea counsel. Three hours after Raysor filed his notice of appeal, Raysor's attorney filed a timely motion for sentence modification. See OCGA § 17-10-1 (f) (court has power to modify a sentence within one year of the date sentence was imposed). Under these circumstances, Raysor's notice of appeal was a nullity. See *Soberanis v. State*, 345 Ga. App. 403, 405 (812 SE2d 800) (2018).

---

[1] Raysor appealed to the Supreme Court, which transferred the matter to this Court.

Without a properly filed notice of appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/19/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                        *, Clerk.*